IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY GORALNIK and ANTONINA GORALNIK,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, CORY SIMS, THE BANK OF NEW YORK MELLON CORPORATION f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA9, and THE ALBERTELLI FIRM P.C.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:18-cv-04268-TWT-RGV |

## NOTICE OF SETTLEMENT

COME NOW, Defendants Nationstar Mortgage, LLC ("Nationstar"), and The Bank of New York Mellon Corporation f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-AA9 ("BONY")(collectively "Defendants"), and Plaintiffs, Gregory Goralnik and Antonina Goralnik ("Plaintiffs"), (collectively the "Parties"), by and through counsel, hereby inform the Court that the Parties appear to have reached an amicable resolution of the underlying lawsuit and are currently finalizing discrete

but material terms of a settlement agreement, and memorialize same with settlement documents, which should resolve all claims in the litigation pending before this court. Therefore, the undersigned request that this Honorable Court give the Parties thirty (30) days to prepare the documents and conclude the settlement transaction.

It is the intention of the parties that on or before the conclusion of the thirty (30) days, the Parties will file a stipulation of dismissal to close the case.[1] However, if the Parties are unable to reach and conclude a settlement, then at the conclusion of aforementioned thirty (30) days, the will file Status Report with the Court advising that no settlement has been completed. Then within thirty (30) days of the filing of the Status Report, the Parties shall comply with the deadline to file dispositive motions and submit a Consolidated Pretrial Order as set forth in this Court's Scheduling Order. [Doc. 16].

The Parties also request that they be excused from any other Court required filings or deadlines prior to the dismissal, due to settlement, and also since it would impose unnecessary expense on the Parties in light of the settlement. Specifically,

---

[1] Rather than having the Court directing the Clerk to Administratively close this case, the Parties file the Notice of Settlement that provides thirty (30) days to file a Stipulation of Dismissal upon competition of a settlement. If no settlement is reached and the Parties file a Status Report, the Parties will then timely comply with the remaining dispositive motions deadline, and filing a Consolidated Pretrial Order without the need to filing a motion to reopen the case.

the Parties request that they be excused from filing dispositive motions, submitting a Consolidated Pre-Trial Order, or otherwise meet the deadlines in this Court's Scheduling Order. [Doc. 16].

Respectfully submitted this 13th day of November, 2019.

                        **McGUIREWOODS LLP**

                    /s/ *Paul A. Rogers*
Paul A. Rogers
Georgia Bar No. 612278
1230 Peachtree Street, N.E.
Promenade II, Suite 2100
Atlanta, Georgia 30309-3534
(404) 443-5636 (telephone)
(404) 443-5772 (facsimile)
progers@mcguirewoods.com

*Attorneys for Defendants Nationstar Mortgage, LLC, and The Bank of New York Mellon*

                    *-and-*

                **ROGERS LAW OFFICES**

                    /s/ *Jaime F.F. Carroll*
James F.F. Carroll (w/ex permission by PAR)
Georgia Bar No. 940350
The Equitable Building, Suite 1950
100 Peachtree Street
Atlanta, Georgia 30303
(770) 685-6320 (Telephone)
(678) 990-9959 (Facsimile)
jcarroll@berlawoffice.co
*Attorneys for Plaintiffs Gregory Goralnik and Antonia Goralnik*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY GORALNIK and ANTONINA GORALNIK, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE, LLC, CORY SIMS, THE BANK OF NEW YORK MELLON CORPORATION f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2005-AA9, and THE ALBERTELLI FIRM P.C., <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:18-cv-04268-TWT-RGV |

**CERTIFICATE OF SERVICE, FONT AND MARGINS**

I hereby certify that on November 13, 2019, I electronically filed the foregoing *Notice of Settlement* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record, and upon the following by depositing a copy of same in the United States Mail in a properly addressed envelope affixed thereto addressed as follows:

Beth E. Rogers, Esq.
James F. Carroll, Esq.
ROGERS LAW OFFICES
The Equitable Building, Suite 1950
100 Peachtree Street
Atlanta, Georgia  30303
*Attorneys for Plaintiffs*

Susan B. Shaw, Esq.
Danielle Weit, Esq.
Albertelli Law, P.C.
Suite 960
100 Galleria Parkway
Atlanta, Georgia 30339
*Counsel for Albertelli Law, P.C*

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court pursuant to Local Rule 5.1.

        /s/ Paul A. Rogers
Paul A. Rogers
Georgia Bar Number 612278